# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00689-CV

**Courtney Eastman, Appellant**

**v.**

**Nick Eastman, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 04-393-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Courtney Eastman has filed an unopposed motion to dismiss. We grant the motion and dismiss the appeal, assessing costs against the party who incurred them. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: January 21, 2009